UNITED STATES DISTRICT COURT
FOR THE USDC Northern Indiana
FORT WAYNE DIVISION

Trustees of Plumbers & Steamfitters Local
166 Health and Welfare Fund, et al.

                        Plaintiff,

v.                                          Case No.:
                                          1:23−cv−00230−HAB−SLC
                                          Chief Judge Holly A Brady

BCB Mechanical Services, Inc.

                        Defendant.

## **CLERK'S ENTRY OF DEFAULT**

Default is hereby entered against defendant(s)

        BCB Mechanical Services, Inc. ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date:   July 20, 2023            Sincerely,

                                              CHANDA J. BERTA
                                              CLERK OF COURT

                                              By:  s/   Michele Murray
                                                    Deputy Clerk

USDC IN/ND case 1:23-cv-00230-HAB-SLC   document 7   filed 07/20/23   page 1 of 1