AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TRUSTEES OF PLUMBERS & STEAMFITTERS
LOCAL 166 PENSION FUND,

TRUSTEES OF PLUMBERS & STEAMFITTERS
LOCAL 166 PROFIT SHARING ANNUITY PLAN,

JOINT APPRENTICESHIP TRAINING COMMITTEE
TRUST FUND
Trustees of
    **Plaintiffs**

    v.    Civil Action No.   1:23-cv-230

BCB MECHANICAL SERVICES, INC.
    **Defendant**

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** The plaintiffs Trustees of Plumbers & Steamfitters Local 166 Pension Fund, Trustees of Plumbers & Steamfitters Local 166 Profit Sharing Annuity Plan, and Trustees of Joint Apprenticeship Training Committee are to recover from the defendant BCB Mechanical Services, Inc. the sum of One Hundred Ninety Six Thousand Three Hundred Eighty Four and 81/100 dollars ($196,384.81) to be paid as outlined in the order, plus post-judgment interest at the rate of 5.39%.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: Judgment is ENTERED in favor of plaintiffs Trustees of Plumbers & Steamfitters Local 166 Pension Fund, Trustees of Plumbers & Steamfitters Local 166 Profit Sharing Annuity Plan, and Trustees of Joint Apprenticeship Training Committee and against defendant BCB Mechanical Services, Inc and against defendant BCB Mechanical Services, Inc.

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by Chief Judge Holly A. Brady on a Motion for Default Judgment.

DATE:   September 1, 2023        CHANDA J. BERTA, CLERK OF COURT
                                                  by      s/N. Long
                                                  *Signature of Clerk or Deputy Clerk*